IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:07cv251 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| $15,000 IN U. S. CURRENCY, | ) | |
| Defendant. | ) | |
| SANTOS LOPEZ, Claimant. | ) | |

Upon notice of settlement given to the magistrate judge by Nancy Svoboda, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **June 19, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Senior District Judge Lyle E. Strom, at strom@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for May 21, 2008, is cancelled upon the representation that this case is settled.

Dated this 21st day of May 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge